# Spotsylvania General District Court

Spotsylvania General Distr

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

## Civil Case Details

### Case Information

| | | | |
|---|---|---|---|
| **Case Number :** | GV26000278-00 | **Filed Date :** | 01/14/2026 |
| **Case Type :** | Warrant In Debt | **Debt Type :** | |

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| GEMMA, SAMANTHA | | FREDERICKSBURG, VA 22408 | | |

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| FREEDOM MORTGAGE CORPORATION | | GLEN ALLEN, VA 23060 | | |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 02/11/2026 | 09:00 AM | | | 2 |

### Service/Process

| Person Served | Process Type | Date Issued | Date Served | Plaintiff | How Served |
|---|---|---|---|---|---|
| FREEDOM MORTGAGE CORPORATION | Warrant In Debt | 01/14/2026 | 02/02/2026 | GEMMA, SAMANTHA | Registered Agent/Officer/Director(For Corp.) |

### Reports

| Report Type | Reporting Agency | Date Ordered | Date Due | Date Received |
|---|---|---|---|---|

### Judgment Information

| | | |
|---|---|---|
| **Judgment :** | **Costs :** | **Attorney Fees :** |
| **Principal Amount :** | **Other Amount :** | **Interest Award :** |
| **Possession :** | **Writ of Eviction Issued Date :** | **Writ of Eviction Executed Date :** |
| **Homestead Exemption Waived :** | **Writ of Fieri Facias Issued Date :** | |

| | | |
|---|---|---|
| **Is Judgment Satisfied :** | **Date Satisfaction Filed :** | **Other Awarded :** |
| **Further Case Information :** | | |

### Garnishment Information

| | | |
|---|---|---|
| **Garnishee :** | **Address :** | |
| **Garnishee Answer :** | **Answer Date :** | **Number of Checks Received :** |

### Appeal Information

| | |
|---|---|
| **Appeal Date :** | **Appealed By :** |

Back to Search Results