Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
01/21/2026
CT Log Number 551164216

## Service of Process Transmittal Summary

**TO:** Wade Hinkle
Freedom Mortgage
11988 EXIT 5 PKWY BLDG 4
FISHERS, IN 46037-7939

**RE:** **Process Served in Virginia**

**FOR:** Freedom Mortgage Corporation (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SAMANTHA GEMMA vs. FREEDOM MORTGAGE CORPORATION |
| **CASE #:** | V26278 |
| **PROCESS SERVED ON:** | C T Corporation System, Glen Allen, VA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/21/2026 at 15:15 |
| **JURISDICTION SERVED:** | Virginia |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification, Wade Hinkle Wade.hinkle@freedommortgage.com |
| | Email Notification, Wade Hinkle Wade.hinkle@freedommortgage.com |
| | Email Notification, Kevin Chu kevin.chu@freedommortgage.com |
| | Email Notification, Stuart Seiden stuart.seiden@freedommortgage.com |
| | Email Notification, Jacob Gonzalez jacob.gonzalez-greenstein@freedommortgage.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Jan 21, 2026
**Server Name:** Drop Service -Deputy Cone

| | |
|---|---|
| Entity Served | FREEDOM MORTGAGE CORPORATION |
| Case Number | V26278 |
| Jurisdiction | VA |

| Inserts | | |
|---|---|---|
| | | |

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

DEFENDANT COPY

Commonwealth of Virginia VA. CODE § 16.1-79

SPOTSYLVANIA General District Court
CITY OR COUNTY

9111 Courthouse Rd, Spotsylvania Courthouse, VA 22553
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on February 11, 2026 @ 9:00a.m. (RETURN DATE AND TIME) to answer the Plaintiff(s)' civil claim (see below)

January 14, 2026
DATE ISSUED

[ ] CLERK [X] DEPUTY CLERK [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 25,000.00 net of any credits, with interest at 6 % from date of judgment until paid,

$ 64.00 costs and $ reasonable attorney's fees with the basis of this claim being

[ ] Open Account [ ] Contract [ ] Note [X] Other (EXPLAIN)

**Violation of RESPA (12 U.S.C. §2605) – Statutory and Actual Damages**

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [X] cannot be demanded

January 13, 2026
DATE

[X] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] ..........

for $ .......... net of any credits, with interest at .......... % from date

of .......... until paid, $ .......... costs and $ .......... attorney's fees

[ ] and $ .......... costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ..........

[ ] NON-SUIT [ ] DISMISSED ..........

Defendant(s) Present: [ ] NO [ ] YES ..........

DATE JUDGE

FORM DC-412 (FRONT) 10/22

CASE NO. V26-278

SAMANTHA GEMMA
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

8002 S Woods Dr
ADDRESS
Fredericksburg, VA 22408

V.

FREEDOM MORTGAGE CORPORATION
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Registered Agent: C T Corporation System
ADDRESS
4701 Cox Rd, Suite 285
Glen Allen, VA 23060-6808

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.

[X] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars .......... ORDERED .......... DUE

Grounds of Defense .......... ORDERED .......... DUE

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

**HEARING DATE AND TIME**

02/11/2026 @ 9:00a.m.

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

DATE

CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

NAME ..........................................................

..........................................................

ADDRESS ..........................................................

..........................................................

[ ] PERSONAL SERVICE | Tel. No. ..............................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_______________________________________

_______________________________________

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

_______________________ SERVING OFFICER

..................... DATE for _______________________

NAME ..........................................................

..........................................................

ADDRESS ..........................................................

..........................................................

[ ] PERSONAL SERVICE | Tel. No. ..............................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_______________________________________

_______________________________________

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

_______________________ SERVING OFFICER

..................... DATE for _______________________

NAME ..........................................................

..........................................................

ADDRESS ..........................................................

..........................................................

[ ] PERSONAL SERVICE | Tel. No. ..............................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_______________________________________

_______________________________________

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

_______________________ SERVING OFFICER

..................... DATE for _______________________

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

................................... DATE

_______________________
[ ] Plaintiff
[ ] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ..........................................................

Interrogatories issued on: ..........................................................

Garnishment issued on ..........................................................

..........................................................

**IN THE GENERAL DISTRICT COURT**
**FOR THE COUNTY OF SPOTSYLVANIA, VIRGINIA**

**SAMANTHA GEMMA,**
Plaintiff,

v.

**FREEDOM MORTGAGE CORPORATION,**
Defendant.

January 13, 2026

Spotsylvania General District Court
9111 Courthouse Rd
Spotsylvania, VA 22553

Plaintiff files this letter in connection with the above-styled matter.

Enclosed for filing and service are the Plaintiff's Bill of Particulars and a Proposed Order.

Plaintiff requests that the Court enter the enclosed Proposed Order, directing Defendant to file its Grounds of Defense within twenty-one (21) days of the return date, and set this matter for trial.

Respectfully submitted,

Samantha Gemma

**Samantha Gemma**
*Plaintiff*
8002 S Woods Dr
Fredericksburg, VA 22408
540-207-4752
SamanthaGemma1@gmail.com

**IN THE GENERAL DISTRICT COURT**
**FOR THE COUNTY OF SPOTSYLVANIA, VIRGINIA**

**SAMANTHA GEMMA,**
Plaintiff,

v. Case No. ___________

**FREEDOM MORTGAGE CORPORATION,**
Defendant.

**BILL OF PARTICULARS**

Plaintiff, Samantha Gemma (herein referred to as "Plaintiff"), by way of Bill of Particulars, states the following claims and factual basis against Defendant, Freedom Mortgage Corporation (herein referred to as "Defendant"):

**Parties and Loan**

1. Plaintiff is a borrower on a residential mortgage loan insured by the Federal Housing Administration ("FHA") and serviced by Defendant.
2. Defendant is a national mortgage servicer and a participant in FHA-insured lending and servicing programs subject to federal statutes and regulations, including the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601 et seq., and Regulation X, 12 C.F.R. Part 1024.

**Loss Mitigation Application and Servicing Conduct**

3. In or about September 2025, Plaintiff submitted a complete loss mitigation application to Defendant based on a qualifying hardship.
4. Defendant acknowledged the application as complete on multiple occasions and then subsequently reclassified the same application as incomplete without identifying new or missing information.

5. Defendant repeatedly demanded duplicative verbal attestations that had already been provided and confirmed on recorded calls, including confirmation of hardship and related eligibility questions.
6. Despite Plaintiff's repeated compliance, Defendant cycled the same loss mitigation application through contradictory determinations of "complete" and "incomplete," delaying review and resolution.

**Notices of Error**

7. Plaintiff submitted multiple written Notices of Error ("NOEs") pursuant to 12 C.F.R. § 1024.35 identifying specific servicing errors, including but not limited to:

a. Failure to properly evaluate a complete loss mitigation application;

b. Conditioning loss mitigation review on impermissible verbal interviews;

c. Issuing inconsistent and contradictory determinations; and

d. Failing to provide timely and substantive responses to NOEs.

8. Defendant acknowledged receipt of the NOEs but failed to provide timely, substantive responses addressing the identified errors as required by Regulation X.

**Contradictory Determinations**

9. On or about December 30, 2025, Defendant issued a written decision stating, on the one hand, that Plaintiff's hardship was "resolved," while simultaneously approving a trial loan modification on the basis that Plaintiff could not resume regular payments.
10. These determinations are facially inconsistent and unsupported by the servicing record.

**CFPB Complaint**

11. Plaintiff filed a formal complaint with the Consumer Financial Protection Bureau ("CFPB") detailing Defendant's servicing conduct and regulatory violations.

12. Defendant has failed to provide a substantive response or corrective action in response to the CFPB complaint.

**Regulatory Violations**

13. Defendant's conduct constitutes violations of federal law and regulation, including but not limited to:

    a. 12 U.S.C. § 2605 and 12 C.F.R. §§ 1024.35 and 1024.41;

    b. FHA loss mitigation servicing requirements applicable to FHA-insured loans; and

    c. Prohibitions against unfair or deceptive servicing practices.

14. Defendant's actions reflect a sustained pattern of noncompliance with federally mandated servicing obligations rather than isolated error.

**Damages**

15. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered actual damages, including but not limited to:

    a. Prolonged delinquency caused by servicing delays;

    b. Increased fees and charges;

    c. Emotional distress and loss of housing stability; and

    d. The necessity of legal action to enforce statutory rights.

16. Plaintiff seeks monetary damages in the amount stated in the Warrant in Debt, together with statutory damages, interest, costs, and such further relief as permitted by law.

**WHEREFORE**, Plaintiff requests judgment against Defendant consistent with the Warrant in Debt and applicable law.

Respectfully submitted,

**Samantha Gemma**
*Plaintiff*
8002 S Woods Dr
Fredericksburg, VA 22408
540-207-4752
SamanthaGemma1@gmail.com

**IN THE GENERAL DISTRICT COURT**
**FOR THE COUNTY OF SPOTSYLVANIA, VIRGINIA**

**SAMANTHA GEMMA,**
Plaintiff,

v. Case No. ___________

**FREEDOM MORTGAGE CORPORATION,**
Defendant.

**PROPOSED ORDER**

THIS MATTER came before the Court on the return date of the Warrant in Debt.

Upon consideration of the pleadings filed, including Plaintiff's Bill of Particulars, and upon request of the Plaintiff,

IT IS HEREBY ORDERED as follows:

1. Defendant, Freedom Mortgage Corporation, shall file its **Grounds of Defense** within **twenty-one (21) days** of the return date of this action.
2. Accordingly, Defendant's Grounds of Defense shall be filed **no later than March 4, 2026**.
3. Upon the filing of Defendant's Grounds of Defense, this matter shall be set for further proceedings, including trial, as the Court deems appropriate.

AND IT IS SO ORDERED.

ENTERED this _____ day of February, 2026.

______________________________

JUDGE
Spotsylvania County General District Court