**IN THE GENERAL DISTRICT COURT**
**FOR THE COUNTY OF SPOTSYLVANIA, VIRGINIA**

| | |
|---|---|
| **SAMANTHA GEMMA,** | : |
| **Plaintiff,** | : |
| **v.** | : **Case No.: GV26-278** |
| **FREEDOM MORTGAGE CORPORATION,** | : |
| **Defendant** | : |

PLEASE TAKE NOTICE that on February 5th, 2026, Defendant, Freedom Mortgage Corporation ("Freedom"), by and through their undersigned counsel, removed this action by Filing a Notice of Removal in the United States District Court for the Eastern District of Virginia, Richmond Division, together with a complete copy of all process, pleadings, and orders served on Freedom from the state court action as of the date of the filing of the removal. A complete, true and correct copy of such Notice of Removal, without exhibits, is attached hereto as **Exhibit 1**.

Respectfully submitted,

*<u>/s/ Laura May Hooe</u>*
Laura May Hooe (VSB No. 84170)
Klein Thomas Lee & Fresard
Three James Center
1051 E. Cary St., Suite 1430
Richmond, VA 23219
(703) 577-6644
Laura.Hooe@kleinthomaslaw.com
*Attorneys for Defendant Freedom Mortgage Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was faxed to the Court and was served, via U.S. Mail, on this 5th day of February, 2026, upon all parties of record, including the following:

Samantha Gemma
8002 S. Woods Drive
Fredericksburg, Virginia 22408
*Plaintiff*

*/s/ Laura Hooe*
*Attorney for Defendant*
*Freedom Mortgage Corporation*