**EXHIBIT A**
Plaintiff's Formal Demand dated December 8, 2025

**SAMANTHA GEMMA**
8002 S WOODS DR
FREDERICKSBURG, VA 22408

# FORMAL DEMAND TO CONTINUE LOSS MITIGATION REVIEW

December 8, 2025

**Via Electronic Mail**
**LossMitigation@FreedomMortgage.com**

Freedom Mortgage Corporation
Loss Mitigation Department

Loan Number: 0148444433

**RE: Loss Mitigation Review**

To whom it may concern:

This correspondence responds to your letter dated **November 18, 2025**, requesting that the borrower answer three questions in order to "continue the review" of the loss mitigation application.

These exact questions were already asked and answered during a phone call on **October 8, 2025**, with your representative **Monicia (ID #5311)**. Below is the verbatim exchange:

1. **"Is the default being caused by a financial hardship?"**
   *Borrower:* "Yes."
2. **"Do you have any other properties that have an FHA mortgage?"**
   *Borrower:* "No."
3. **"Do you have any delinquent federal debts?"**
   Your representative clarified:
   *"Delinquent federal debts refers to money owed to the U.S. federal government that is past due, has not been repaid, and is not on a valid repayment arrangement."*
   *Borrower:* "No."

After confirming all answers, your representative stated:
**"Now that those questions have been answered, we will be able to move forward with review of your loss mitigation application."**

Following that call, a Customer Service Supervisor, **Michelle (ID #2000),** reviewed the recording and forwarded the relevant portion to Loss Mitigation.

Freedom Mortgage subsequently issued a letter dated **November 7, 2025**, confirming that the application is **facially complete**. There is therefore no legitimate basis for requesting this information again.

Nevertheless, to avoid any interruption or delay, the borrower has restated the same responses in writing in this correspondence.

*As of today's date, the answers remain the same:*

1. **The default is due to financial hardship.**
2. **The borrower has no other FHA-insured properties.**
3. **The borrower has no delinquent federal debts.**

Please proceed with the review of the complete application.

If Freedom Mortgage does not continue with the review of this application, we will issue **Notice of Error #4** and reserve the right to file a subsequent **CFPB complaint**.

Sincerely,

Samantha Gemma
*Borrower*

Att: Application Complete Notice (dated 11/7/25)