FREEDOM MORTGAGE®

**EXHIBIT B**
Freedom Mortgage Decision Letter dated December 30, 2025

SAMANTHA GEMMA
8002 S WOODS DR
FREDERICKSBURG, VA 22408

12/30/2025

Re: Loan Number 0148444433
Collateral Address 8002 S WOODS DR
FREDERICKSBURG, VA 22408

Dear SAMANTHA GEMMA,

You were evaluated for mortgage payment assistance by Freedom Mortgage Corporation ("Freedom Mortgage") (as servicer), based on the eligibility requirements of the Federal Housing Administration (FHA). After careful review of the information you provided, the result is as follows:

| ***Payment Plans*** | | |
|---|---|---|
| **Program** | **Determination** | **Reason for Non-Approval** |
| Repayment Plan | Non-Approved | We have not been able to verify that you have the financial capacity to bring the mortgage loan current during the repayment plan. |
| Forbearance | Non-Approved | The hardship reason provided on your application has been resolved. |

| ***Retention Solutions*** | | |
|---|---|---|
| **Program** | **Determination** | **Reason for Non-Approval** |
| 30 Year Standalone Loan Modification | Non-Approved | The Borrower has indicated that they do not have the ability to either resume or make increased payments. |
| Standalone Partial Claim | Non-Approved | The Borrower has indicated that they do not have the ability to either resume or make increased payments. |
| Standalone Loan Modification | Approved | |
| Combination Loan Modification and Partial Claim | Un-Evaluated | |
| Payment Supplement Partial Claim | Un-Evaluated | |

FREEDOM MORTGAGE®

| ***Liquidation Solutions*** | | |
|---|---|---|
| **Program** | **Determination** | **Reason for Non-Approval** |
| Pre-Foreclosure Sale | Eligible | |
| Deed-in-Lieu | Eligible | |

According to the eligibility requirements of the Federal Housing Administration (FHA), we based our decision on the following factor:
You have been approved for Standalone Loan Modification.

Please review the attached enclosure for additional information regarding FHA's Loss Mitigation Programs available.

Please note that if you currently maintain a second or subsequent lien on your home such as a Home Equity Line of Credit (HELOC), home equity loan, or other subordinate loan type, we recommend you contact the bank or servicer of that subordinate loan for additional loss mitigation options.

You have been approved for a Permanent Home Retention Program with a 3-month Trial Payment Plan. Remittance of the initial trial payment in an amount equal to or greater than the amount required under this Trial Payment Plan Agreement ("Agreement") is considered your acceptance of the Agreement.

In addition to making trial payment according to the Agreement, you are also required to attest that the plan payment is affordable by completing a Borrower Affordability Attestation ("Attestation"). You can complete the Attestation verbally by contacting us at 855-690-5900 or you may complete and sign the attached Attestation form and return it to us using one of these methods:

**Email**: LossMitigation@FreedomMortgage.com
**Fax**: 866-505-0949
**Mail**: Freedom Mortgage Corporation, 715 NE 122nd Street, Suite 100, Oklahoma City, OK, 73114

The Permanent Home Retention Program is contingent upon successful completion of the Trial Payment Plan. To complete the Trial Payment Plan, you must make the below payments which are the projected monthly payments for the Permanent Home Retention Program. **The trial payments must be made in**, or no more than 15 days before, **the month they are due.** Additionally, the approved interest rate for the modified mortgage is 6.625% which is based on the current Market Rate.

| Trial Period Payment Number | Trial Period Payment | Due Date On or Before |
|---|---|---|
| 1 | $3,854.89 | 02/01/2026 |
| 2 | $3,854.89 | 03/01/2026 |
| 3 | $3,854.89 | 04/01/2026 |

FREEDOM MORTGAGE®

You can make trial payments online by visiting FreedomMortgage.com, by phone at 855-690-5900, or through one of the following methods:

**Wire Transfer or ACH Payments:**
Freedom Mortgage Corporation
KeyBank, 127 Public Square, Cleveland, OH
ABA# 041001039
Acct# 359681378402
Reference: Freedom Loan# 0148444433

**Regular Mail for Payments:**
Freedom Mortgage Corporation
P.O. Box 6656
Chicago, IL 60680-6656

**This Agreement will be considered failed if any of the following occurs:**

- The property becomes condemned or abandoned.
- The scheduled Trial Plan Payments are not made by the last day of the month the payment was due.
- You inform us that the terms of the Agreement will not be fulfilled.

**Right to appeal and timing for appeal:**
**You have the right to appeal this decision within 14 days of the date of this letter. If you would like to appeal, you must contact us in writing at the address provided below no later than 01/16/2026, and state that you are requesting an appeal of our decision.** You must include in the appeal your name, property address and mortgage loan number. You must also specify the reasons for your appeal and provide any supporting documentation.

If you have a verifiable change in circumstances subsequent to this review, please remit proof of this or contact us at 855-690-5900 so that we can review your eligibility for home retention once a complete loss mitigation package is received showing the changes.

**Overnight:**
**Freedom Mortgage Corporation**
**715 NE 122nd Street, Suite 100**
**Oklahoma City, OK 73114-7939**

**Regular Mail:**
**Freedom Mortgage Corporation**
**715 NE 122nd Street, Suite 100**
**Oklahoma City, OK 73114-0485**

Please note that we will continue to report the delinquency status of your loan, if applicable, to the credit reporting agencies as well as your entry into a mortgage payment assistance program in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

After all trial payments are made timely, title is clear, and you have submitted all the required documents, your Permanent Home Retention Program will be finalized. After successfully completing the Trial Payment Plan, you must continue making payments in accordance with this Agreement until the final Permanent Home Retention Program documents have been ratified by all parties. Your existing loan and loan requirements remain in effect and unchanged during the Trial Payment Plan. If each payment is not received by Freedom Mortgage in the month in which it is due, or no more than 15 days before, the Permanent Home Retention Program will end and your Permanent Home Retention Program will not be finalized under the terms described in this Agreement.

If you cannot afford the trial payments shown above but want to keep your property, or if you have decided to leave your property but still want to avoid foreclosure, please contact your designated Single Point of Contact at the phone number listed below.

FREEDOM MORTGAGE®

To submit a RESPA Qualified Written Request ("QWR"), notice of error or request for information, you must use the designated address below:

Freedom Mortgage Corporation
P.O. Box 50428
Indianapolis, IN 46250-0401

**You can access your loan information 24 hours a day, seven days a week by logging on to www.freedommortgage.com** or through our automated phone system at 855-690-5900. If you need to speak with a Customer Care Representative, please contact Joshua M Monday through Friday 8 AM - 8 PM, Saturday 9 AM - 2 PM Eastern Time.

Sincerely,

Customer Care Team
Freedom Mortgage Corporation
NMLS # (www.nmlsconsumeraccess.org)

**Frequently Asked Questions:** Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**
If you make your new payments timely, we will not conduct a foreclosure sale. You will not be charged any fees for this Trial Payment Plan or a Permanent Home Retention Program. If the Permanent Home Retention Program is completed, we will waive all unpaid late charges.

**Q. Why is there a Trial Payment Plan?**
The Trial Payment Plan gives you time to make sure you can manage the projected monthly payment for the Permanent Home Retention Program. The Trial Payment Plan is temporary and your existing loan and loan requirements remain in effect and unchanged during the Trial Payment Plan.

**Q. When will I know if my Permanent Home Retention Program will be finalized and how will my loan balance be determined?**
Once you make all of your trial payments on time, we will send you a final agreement, detailing the terms of the Permanent Home Retention Program. Any difference between the amount of the trial payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents.

**Additional Plan Information and Legal Notices-**

The terms of your Trial Payment Plan are effective on the day you make your first plan payment, provided you have paid in, or no more than 15 days before, the month in which it is due.

We will not proceed to foreclosure sale during the Trial Payment Plan, provided you are complying with the terms of this Agreement.

If applicable, any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the plan or do not qualify for a Permanent Home Retention Program.

FREEDOM MORTGAGE®

You agree that Freedom Mortgage will hold the plan payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay you interest on the amounts held in the account. If any money is left in this account at the end of the plan period, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

Freedom Mortgage's acceptance and posting of your payment during the Trial Payment Plan will not be deemed a waiver of the acceleration of your loan (or foreclosure actions), if applicable, and related activities and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:

You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

Your current loan documents remain in effect. Nothing in the plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

You may make the trial payment instead of the payment required under your loan documents.

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms.

FREEDOM MORTGAGE®

P.O. Box 50485, Indianapolis, IN 46250-0485

# FHA's Loss Mitigation Programs

Freedom Mortgage Corporation ("Freedom Mortgage") wants to make sure you understand the programs that may be available to you through the insurer of your loan, the Federal Housing Administration ("FHA"). This includes the early steps we can take when payments are missed (called **Early Default Intervention Tools**), the **Permanent Home Retention Programs** that may help you keep your home, and the **Home Disposition Programs** available if keeping your home is not possible.

For each program, we are providing information about your responsibilities if you are approved, as well as the potential repercussions if those responsibilities are not met. Please note that all FHA Loss Mitigation Programs are subject to review and approval. All FHA eligibility criteria must be met before a program can be approved.

## Early Default Intervention Tools:

**Repayment Plan** – A Repayment Plan is a temporary agreement that allows you to catch up on missed payments over time. You'll make your regular monthly mortgage payment **plus an extra amount each month** to cover the past-due balance. This past-due balance can include missed principal, interest, and escrow payments, as well as any fees or costs that have been incurred. The extra payments are spread over a period of time, up to 24 months.

- **Responsibilities:**
  - If you are approved for a Repayment Plan and attest that the monthly payment under the plan is affordable, each month you must pay your regular mortgage payment **plus** the agreed-upon extra amount by the end of the month. To successfully complete the plan and bring your loan current, you must make all payments on time as outlined in the Repayment Plan Agreement.
  - If your escrow payment changes during the Repayment Plan, your total monthly payment will also change. You will need to pay the new amount to stay on track with the plan.
  - The Repayment Plan will be considered unsuccessful if your property becomes condemned or abandoned during the term of the plan, or if you inform us that you cannot fulfill the terms of the plan.
  - If your financial situation changes during the Repayment Plan, contact us right away. We can review your situation to see if other programs or changes to your plan may be available.
- **Repercussions:**

FREEDOM MORTGAGE®

P.O. Box 50485, Indianapolis, IN 46250-0485

- If payments are not made in accordance with the Repayment Plan agreement, if the property becomes condemned or abandoned during the term of the plan, or if you inform us you cannot fulfill the plan's terms, the Repayment Plan will end.
- If the plan ends and your loan remains past-due, this may result in the assessment of late fees, negative credit reporting, collection activities, and may eventually lead to foreclosure.

**Forbearance Plan** – A Forbearance Plan is a temporary pause on your mortgage payments that gives you time and flexibility to manage the financial challenges affecting your ability to pay your mortgage. During the plan, you are not required to make monthly payments. Your missed payments are **not forgiven** — they are still owed, but repayment is delayed until the forbearance ends. When the plan is over, we will work with you to review you for the programs that may be available to bring your loan current.

- **Responsibilities:**
  - If you are approved for a Forbearance Plan, contact us right away during the plan if your financial situation changes or if you're ready to start making payments again. Staying in touch with us gives you the best ability to get back on track.
  - Before the plan ends, be prepared to discuss your ability to resume payments so we can review what programs may be available to bring your loan current.
  - The plan will be considered unsuccessful if your property becomes condemned or abandoned during the plan, or if you inform us you cannot fulfill the terms of the plan.
- **Repercussions:**
  - If you do not contact us or take steps to address the missed payments when the forbearance ends, your loan will remain past due. This may result in late fees, negative credit reporting, collection activities, and may eventually lead to foreclosure.

## Permanent Home Retention Programs:

**Important:** FHA borrowers will not be eligible to receive more than one Permanent Home Retention Program in a 24-month period except in cases of a presidentially declared major disaster.

**Partial Claim** – If you fell behind on your mortgage but can now afford your regular monthly mortgage payment, a Partial Claim helps you get caught up by bringing your mortgage current. A Partial Claim takes the past-due balance and creates a **non-interest-bearing junior lien** on your property. HUD will not require repayment on the Partial Claim until the first of the following events occurs: the mortgage reaches maturity; the property is sold or transferred; the mortgage is assumed; or the mortgage is paid off. (HUD will agree to subordinate the Partial Claim Note to an FHA Streamline Refinance). If stated in the Partial Claim Note, repayment may also be required when FHA insurance ends.

FREEDOM MORTGAGE®

P.O. Box 50485, Indianapolis, IN 46250-0485

**Additionally, if you qualify for a Partial Claim, you may also be eligible for a Permanent Home Retention Program that may reduce your mortgage payment.**

- **Responsibilities:**
  - If approved, you must confirm you are able to make the regular mortgage payment, and complete a Borrower Affordability Attestation (verbally or in writing).
  - A Trial Payment Plan will be required, and you must make all required trial payments according to the Trial Payment Plan Agreement.
  - Your trial payments must be made during the month they are due, or no more than 15 days before the month they are due begins.
  - After completing the Trial Payment Plan, you must sign and return the Partial Claim documents, which consist of a zero-interest subordinate promissory note and mortgage in favor of HUD.
  - You must return the signed Partial Claim documents within the month in which the Partial Claim becomes effective. The effective date will be listed in the documents you receive.
  - You must continue to make mortgage payments in accordance with the Trial Payment Plan Agreement.
  - The Partial Claim must be repaid when the first of the following events occurs: the mortgage reaches maturity; the property is sold or transferred; the mortgage is assumed; or the mortgage is paid off. (HUD will agree to subordinate the Partial Claim Note to an FHA Streamline Refinance). If stated in the Partial Claim Note, repayment may also be required when FHA insurance ends.
- **Repercussions:**
  - If the Partial Claim documents are not returned within the month of the effective date or you do not continue to make mortgage payments in accordance with the Trial Payment Plan Agreement, the Partial Claim will be denied.
  - Additionally, if you do not complete the Borrower Affordability Attestation or make the trial payments as required by the Trial Payment Plan Agreement, the Partial Claim will be denied.
  - If you do not take steps to address the missed payments, your loan will remain past due. This may result in late fees, negative credit reporting, collection activities, and foreclosure proceedings may begin or resume.
  - If you fail the Trial Payment Plan, you will not be eligible for a Repayment Plan during the current delinquency.

**Loan Modification** – A Loan Modification changes the original terms of your mortgage to resolve the past-due balance by re-amortizing the total outstanding debt at the current market rate and extending the loan term.

- **Responsibilities:**

FREEDOM MORTGAGE®

P.O. Box 50485, Indianapolis, IN 46250-0485

- If approved, you must confirm you are able to make the modified mortgage payment, and complete a Borrower Affordability Attestation (verbally or in writing).
- A Trial Payment Plan will be required, and you must make all required trial payments according to the Trial Payment Plan Agreement.
- Your trial payments must be made during the month they are due, or no more than 15 days before the month they are due begins.
- After completing the Trial Payment Plan, you must sign and return the Loan Modification documents.
- You must return the signed Loan Modification documents within the month in which the modification becomes effective. The effective date will be listed in the documents you receive.
- You must continue to make mortgage payments in accordance with the Trial Payment Plan Agreement.

- **Repercussions:**
  - If the Loan Modification documents are not returned within the month of the effective date or you do not continue to make mortgage payments in accordance with the Trial Payment Plan Agreement, the Loan Modification will be denied.
  - Additionally, if you do not complete the Borrower Affordability Attestation or make the trial payments as required by the Trial Payment Plan Agreement, the Loan Modification will be denied.
  - If you do not take steps to address the missed payments, your loan will remain past due. This may result in late fees, negative credit reporting, collection activities, and foreclosure proceedings may begin or resume.
  - If you fail the Trial Payment Plan, you will not be eligible for a Repayment Plan during the current delinquency.
  - If you fail the Trial Payment Plan, you will also not be eligible for re-evaluation for a Permanent Home Retention Program during the current delinquency.

**Combination Loan Modification and Partial Claim** – A Combination Loan Modification and Partial Claim ("Combination Loan Modification") changes the original terms of your mortgage to resolve the past-due balance by re-amortizing the total outstanding debt at the current market rate, extending the loan term, and may include a principal deferment, using Partial Claim funds, when required.

- **Responsibilities:**
  - If approved, you must confirm you are able to make the modified mortgage payment, and complete a Borrower Affordability Attestation (verbally or in writing).
  - A Trial Payment Plan will be required, and you must make all required trial payments according to the Trial Payment Plan Agreement.
  - Your trial payments must be made during the month they are due, or no more than 15 days before the month they are due begins.

FREEDOM MORTGAGE®

P.O. Box 50485, Indianapolis, IN 46250-0485

- After completing the Trial Payment Plan, you must sign and return the Combination Loan Modification – which include a zero-interest subordinate promissory note and mortgage in favor of HUD.
- You must return the signed Combination Loan Modification documents within the month in which the modification becomes effective. The effective date will be listed in the documents you receive.
- You must continue to make mortgage payments in accordance with the Trial Payment Plan Agreement.

- **Repercussions:**
  - If the Combination Loan Modification documents are not returned within the month of the effective date or you do not continue to make mortgage payments in accordance with the Trial Payment Plan Agreement, the Combination Loan Modification will be denied.
  - Additionally, if you do not complete the Borrower Affordability Attestation or make the trial payments as required by the Trial Payment Plan Agreement, the Combination Loan Modification will be denied.
  - If you do not take steps to address the missed payments, your loan will remain past due. This may result in late fees, negative credit reporting, collection activities, and foreclosure proceedings may begin or resume.
  - If you fail the Trial Payment Plan, you will not be eligible for a Repayment Plan during the current delinquency.
  - If you fail the Trial Payment Plan, you will also not be eligible for re-evaluation for a Permanent Home Retention Program during the current delinquency.

**Payment Supplement** – The Payment Supplement utilizes Partial Claim funds to bring the mortgage current and also temporarily reduces the principal portion of your monthly mortgage payment for a period of 36 months. When the Payment Supplement period ends, you resume making regular monthly payment. The Payment Supplement is secured by a Partial Claim. HUD will not require repayment of the Payment Supplement until the first of the following events occurs: the mortgage reaches maturity; the property is sold or transferred; the mortgage is assumed; or the mortgage is paid off. If stated in the Payment Supplement Partial Claim Note, repayment may also be required when FHA insurance ends. The Payment Supplement **cannot** be subordinated to an FHA Streamline Refinance.

- **Responsibilities:**
  - If approved, you must confirm you are able to make your required portion of the monthly payment, and complete a Borrower Affordability Attestation (verbally or in writing).
  - A Trial Payment Plan will be required, and you must make all required trial payments according to the Trial Payment Plan Agreement.
  - Your trial payments must be made during the month they are due, or no more than 15 days before the month they are due begins.
  - After completing the Trial Payment Plan, you must sign and return the Payment Supplement documents, which consist of a zero-interest subordinate promissory note and mortgage in favor of HUD, as well as a Payment Supplement Agreement.

FREEDOM MORTGAGE®

P.O. Box 50485, Indianapolis, IN 46250-0485

- You must return the signed Payment Supplement documents within the month in which the Payment Supplement becomes effective. The effective date will be listed in the documents you receive.
- You must continue to make mortgage payments in accordance with the Trial Payment Plan Agreement.
- The Payment Supplement must be repaid when the first of the following events occurs: the mortgage reaches maturity; the property is sold or transferred; the mortgage is assumed; or the mortgage is paid off. If stated in the Payment Supplement Partial Claim Note, repayment may also be required when FHA insurance ends. The Payment Supplement **cannot** be subordinated to an FHA Streamline Refinance.

- **Repercussions:**
  - If the Payment Supplement documents are not returned within the month of the effective date or you do not continue to make mortgage payments in accordance with the Trial Payment Plan Agreement, the Payment Supplement will be denied.
  - Additionally, if you do not complete the Borrower Affordability Attestation or make the trial payments as required by the Trial Payment Plan Agreement, Payment Supplement will be denied.
  - If you do not take steps to address the missed payments, your loan will remain past due. This may result in late fees, negative credit reporting, collection activities, and foreclosure proceedings may begin or resume.
  - If you fail the Trial Payment Plan, you will not be eligible for a Repayment Plan during the current delinquency.
  - If you fail the Trial Payment Plan, you will also not be eligible for re-evaluation for a Permanent Home Retention Program during the current delinquency.

## Home Disposition Programs:

**Pre-foreclosure Sale** – A Pre-Foreclosure Sale (PFS) — also called a Short Sale — allows you to sell your home even if you owe more than the home is worth. If approved, Freedom Mortgage and other lien holders agree to accept the sale price and release their liens, which means you may not owe the remaining balance after the sale.

- **Responsibilities:**
  - Contact us if your financial situation improves during the PFS process and you would like to be reviewed for a home retention mortgage to keep your property.
  - List the property with a licensed real estate professional and actively market it for sale at an FHA-approved price.
  - Obtain a licensed real estate broker/agent within seven (7) days of receiving the Approval to Participate (ATP) in the Pre-Foreclosure Sale program.
  - Keep the property in "ready-to-show" condition, make basic repairs, and perform normal property maintenance (e.g., interior cleaning, lawn care, etc.).

FREEDOM MORTGAGE®

P.O. Box 50485, Indianapolis, IN 46250-0485

- Report any damage or repair needs caused by fire, flood, or other natural disasters immediately to both your insurance company and Freedom Mortgage.
- Provide access for appraisals or property valuations when requested.
- Meet all FHA deadlines for completing the sale to remain in the program.
- If you are a servicemember, provide any PCS orders for relocation and complete an affidavit certifying that the property was your permanent residence prior to receiving the orders and that new permanent housing has been or will be obtained as a result of the orders.

- **Repercussions:**
  - If you do not follow the steps of the PFS program and the sale is not completed, your eligibility for the program may end.
  - If the program ends, and you do not take steps to address the missed payments, your loan will remain past due. This may result in late fees, negative credit reporting, collection activities, and foreclosure activities may commence or resume.

**Deed-In-Lieu of Foreclosure** – A Deed-In-Lieu of Foreclosure is where you voluntarily transfer ownership of your home to Freedom Mortgage instead of going through foreclosure. This helps you avoid the full foreclosure process.

- **Responsibilities:**
  - Contact us if your financial situation improves during the Deed-In-Lieu process and you would like to be reviewed for a home retention program to keep your property.
  - You must move out of the home by the date agreed upon and leave the property in good, "broom-swept" condition.
  - Make sure the home is empty and free of trash or damage.
  - Keep utilities on, maintain the yard, and secure the home until the transfer date.
  - Complete the deed transfer paperwork and deliver the keys as instructed.
- **Repercussions:**

If you do not complete the Deed-in-Lieu process or fail to vacate and transfer the property as agreed, and you do not take steps to address the missed payments, your loan will remain past due. This may result in late fees, negative credit reporting, collection activities, and foreclosure activities may commence or resume.

# Borrower Affordability Attestation

Freedom Mortgage Loan Number: 0148444433
Borrower Name: ___________________________________
Property Address: 8002 S WOODS DR FREDERICKSBURG, VA 22408

I/We affirm the monthly Mortgage Payment amount offered under the Permanent Home Retention Option is affordable and I/We affirm that we can make the offered Mortgage Payment.

I/We acknowledge that I/We will not be eligible for another Permanent Home Retention Option, which may provide additional payment reduction, in the 24 months following the execution of the offered Permanent Home Retention Option, except for a Presidentially-Declared Major Disaster Area (PDMDA).

By signing this attestation, I/We attest to the accuracy of the above statements.

Signed this _____________ day of_________________________, 20_____.

_______________________________________________________
Borrower Signature

_______________________________________________________
Borrower Signature

Please return the signed agreement:

**By e-mail:** LossMitigation@FreedomMortgage.com

**By overnight or regular mail:**

Freedom Mortgage Corporation
715 NE 122nd Street, Suite 100
Oklahoma City, OK 73114-7939

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

If you would like additional counseling, you may consider contacting the HOPE Hotline at 1-888-995-HOPE. A project of the nonprofit Homeownership Preservation Foundation, the HOPE Hotline connects homeowners with HUD-approved housing counselors who offer assistance at no charge.

If you are a Servicemember, we recommend that you obtain guidance from your employer regarding potential impact to your security clearance and/or employment due to a Pre-foreclosure sale.

**THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT PROHIBITS CREDITORS FROM DISCRIMINATING AGAINST CREDIT APPLICATIONS ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, MARITAL STATUS, AGE (PROVIDED THE APPLICANT HAS THE CAPACITY TO ENTER INTO A BINDING CONTRACT); BECAUSE ALL OR PART OF THE APPLICANT'S INCOME DERIVES FROM ANY PUBLIC ASSISTANCE PROGRAM; OR BECAUSE THE APPLICANT HAS IN GOOD FAITH EXERCISED ANY RIGHT UNDER THE CONSUMER CREDIT PROTECTION ACT. THE FEDERAL AGENCY THAT ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS CREDITOR IS THE BUREAU OF CONSUMER FINANCIAL PROTECTION, 1700 G STREET NW., WASHINGTON, DC 20006**

**If each payment is not received by Freedom Mortgage in the month in which it is due, this offer will end.** Accordingly, if the offer is terminated for failure to make timely payments or any other reason, your existing loan and loan requirements will remain in effect, unchanged, which may result in your account being reported late to the credit reporting agencies as well as initiation or resumption of foreclosure (as applicable). Other conditions may also apply.