**SAMANTHA GEMMA**
8002 S Woods Dr
Fredericksburg, VA 22408

RECEIVED
FEB 11 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**VIA USPS PRIORITY MAIL**
**9405 5361 0619 6277 4320 79**

February 6, 2026

Fernando Galindo, Clerk of Court
United States District Court
701 E Broad St, Ste 3000
Richmond, VA 23219-1872

**Re: Case No.: 3:26-cv-95 – *Gemma v. Freedom Mortgage Corporation***

Dear Mr. Galindo:

Enclosed for filing please find **Plaintiff's Complaint** and accompanying **Exhibits A–B** in the above-referenced matter following removal to this court.

Please file the enclosed pleading as of the date received.

Thank you for your assistance.

Respectfully submitted,

Samantha Gemma
**Samantha Gemma**
*Plaintiff*

*Enc.* Federal Complaint
Exhibits A-B