PRESS FIRMLY TO SEAL

FSC MIX Board FSC C116916

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ▪ ANY WEIGHT

TRACKED ▪ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

P

US POSTAGE PAID IMI
2026-02-06
22408
C5495679
Commercial
0.5 LB ZONE 1

easypost

0901C00018362

USPS PRIORITY MAIL

SAMANTHA GEMMA
8002 S WOODS DR
FREDERICKSBURG VA 22408-8800

0003

C001

SHIP TO: FERNANDO GALINDO, CLERK
U.S. DISTRICT COURT
701 E BROAD ST STE 3000
RICHMOND VA 23219-1872

USPS TRACKING #

9405 5361 0619 6277 4320 79

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.