**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SAMANTHA GEMMA,

*Plaintiff*

v.

FREEDOM MORTGAGE CORPORATION,

*Defendants*

**Case No. 3:26-CV-00095-RCY**

---

**FREEDOM MORTGAGE CORPORATION'S MOTION FOR ORDER DIRECTING PLAINTIFF TO CEASE AND DESIST DIRECT COMMUNICATIONS WITH FREEDOM REPRESENTATIVES**

---

Defendant Freedom Mortgage Corporation ("Freedom"), by counsel, respectfully moves this Court, pursuant to its inherent authority to regulate the conduct of litigants appearing before it, for entry of an Order directing Plaintiff Samantha Gemma ("Plaintiff") to cease and desist all direct communications with Freedom's representatives concerning the above-captioned action and to require that all such communications be directed exclusively through Freedom's counsel of record. The grounds for the relief requested herein are set forth fully in the accompanying Memorandum in Support of Motion for Order Directing Plaintiff to Cease and Desist Direct Communications with Freedom Representatives.

WHEREFORE, Defendant Freedom Mortgage Corporation respectfully requests that this Court:

(a) Enter an Order directing Plaintiff Samantha Gemma to immediately cease and desist all direct communications with Freedom Mortgage Corporation's representatives pertaining to the above-captioned action;

(b) Direct that all correspondence and communications regarding this matter be transmitted exclusively through Freedom's counsel of record; and

(c) Grant such other and further relief as this Court deems just and proper.

.

Respectfully submitted,
FREEDOM MORTGAGE CORPORATION

*/s/ Laura May Hooe*

Laura May Hooe (VSB No. 84170)
Klein Thomas Lee & Fresard
Three James Center
1051 E. Cary St., Suite 1430
Richmond, VA 23219
(703) 577-6644
Laura.hooe@kleinthomaslaw.com
*Counsel for Freedom Mortgage Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via CM/ECF, and served via e-mail, on this 15th date of September 2026, upon all parties of record, including the following:

Samantha Gemma
8002 South Woods Drive
Fredericksburg, Virginia 22408
Samanthagemma1@gmail.com
*Plaintiff*

*/s/ Laura May Hooe*
*Counsel for Freedom Mortgage Corporation*