Outlook

## FW: **EXT** Re: Gemma v. Freedom - Confidential Settlement Negotiations

**From** [redacted]@FreedomMortgage.com>
**Date** Tue 9/8/2026 2:27 PM
**To** Mattingly, Sarah <Sarah.Mattingly@DINSMORE.COM>
**Cc** [redacted]@FreedomMortgage.com>; [redacted]@FreedomMortgage.com>

Sarah – FYI, Samantha G is now "Bccing" me (and presumably others at Freedom), which still violates her obligation for lawyers (or those acting pro se) to not directly contact parties when represented by counsel. Just letting you know b/c she's trying to be a bit squirrely by blind-copying us so you don't see who she's communicating with. [redacted]

**From:** Samantha G <samanthagemma1@gmail.com>
**Sent:** Tuesday, September 8, 2026 1:13 PM
**To:** Laura Hooe <laura.hooe@kleinthomaslaw.com>
**Subject:** **EXT** Re: Gemma v. Freedom - Confidential Settlement Negotiations

Laura,
First, we had "their counsel" (some random attorney from Kentucky) being hostile with me, and now we have the client offering [redacted] masquerading as some "negotiated offer."
FYI: In no place in the universe does [redacted] constitute a reasonable negotiation. You're all attorneys, and you all should have damn well known that standing on zero would have been a better look than throwing a bone.
**If your client wants to make a reasonable offer, they should do it now.**
Yours,
Samantha Gemma

On Tuesday, September 8, 2026, Laura Hooe <laura.hooe@kleinthomaslaw.com> wrote:

> Dear Ms. Gemma:
>
> I thought it might be helpful for me to jump in here. We have discussed this additional correspondence with Freedom. [redacted]
>
> In an effort to try and resolve your dispute with Freedom, [redacted] Please read the attached carefully to ensure you understand every element.
>
> [redacted]
>
> [redacted]
>
> [redacted]

[redacted]

We are happy to answer any questions you may have, even if that means jumping on a call and hope we are able to bring this matter to resolution.

Laura May Hooe
Partner
Cell: (703) 577-6644
Laura.Hooe@kleinthomaslaw.com
*Licensed in Virginia and the District of Columbia*
KTLF KLEIN THOMAS LEE & FRESARD
Three James Center, 1051 E. Cary St., Suite 1430, Richmond, VA 23219
www.kleinthomaslaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named recipient(s) only. It may contain privileged and confidential matter. If you have received this electronic mail in error, please notify the sender immediately by replying to this electronic e-mail. Do not disclose the contents to anyone.

CONFIDENTIALITY NOTICE: This e-mail and any attachments (collectively, “e-mail”) is confidential and may contain information that is private, proprietary, and/or legally privileged. Any unauthorized use, copying, printing, saving, sharing or other distribution of this e-mail is strictly prohibited. If you have received this e-mail in error, please (1) notify us so that we can correct the error and take steps to ensure it does not reoccur and (2) delete the e-mail without distribution.