Outlook

## RE: Gemma v. Freedom - Confidential Settlement Negotiations

**From** Laura Hooe <laura.hooe@kleinthomaslaw.com>

**Date** Tue 9/8/2026 2:42 PM

**To** Samantha G <samanthagemma1@gmail.com>

**Cc** Mattingly, Sarah <Sarah.Mattingly@DINSMORE.COM>; Boyd, Lindsey J. <Lindsey.Boyd@DINSMORE.COM>; Connie Caine <Connie.Caine@kleinthomaslaw.com>

Ms. Gemma –
It has come to our attention that you continue to correspond with our client despite our request that you cease and desist those communications; specifically that you are blind copying them on emails. Please be advised that Freedom has engaged outside counsel to handle this litigation, including the settlement communications. It appears that our meet-and-confer efforts have been unsuccessful and given the seriousness of your conduct, we have no choice but to file a motion with the court.

Laura May Hooe
Partner
Cell: (703) 577-6644
Laura.Hooe@kleinthomaslaw.com
*Licensed in Virginia and the District of Columbia*
KTLF KLEIN THOMAS LEE & FRESARD
Three James Center, 1051 E. Cary St., Suite 1430, Richmond, VA 23219
www.kleinthomaslaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named recipient(s) only. It may contain privileged and confidential matter. If you have received this electronic mail in error, please notify the sender immediately by replying to this electronic e-mail. Do not disclose the contents to anyone.

---

**From:** Samantha G <samanthagemma1@gmail.com>
**Sent:** Tuesday, September 8, 2026 1:13 PM
**To:** Laura Hooe <laura.hooe@kleinthomaslaw.com>
**Subject:** Re: Gemma v. Freedom - Confidential Settlement Negotiations

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Laura,
First, we had "their counsel" (some random attorney from Kentucky) being hostile with me, and now we have the client offering [redacted] masquerading as some "negotiated offer." FYI: In no place in the universe does [redacted] constitute a reasonable negotiation. You're all attorneys, and you all should have damn well known that standing on zero would have been a better look than throwing a bone.
**If your client wants to make a reasonable offer, they should do it now.**
Yours,
Samantha Gemma

On Tuesday, September 8, 2026, Laura Hooe <laura.hooe@kleinthomaslaw.com> wrote:

> Dear Ms. Gemma:

I thought it might be helpful for me to jump in here. We have discussed this additional correspondence with Freedom. [redacted]

In an effort to try and resolve your dispute with Freedom, [redacted] Please read the attached carefully to ensure you understand every element.

[redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]

We are happy to answer any questions you may have, even if that means jumping on a call and hope we are able to bring this matter to resolution.

Laura May Hooe
Partner
Cell: (703) 577-6644
Laura.Hooe@kleinthomaslaw.com
*Licensed in Virginia and the District of Columbia*
KTLF KLEIN THOMAS LEE & FRESARD
Three James Center, 1051 E. Cary St., Suite 1430, Richmond, VA 23219
www.kleinthomaslaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named recipient(s) only. It may contain privileged and confidential matter. If you have received this electronic

[redacted]

mail in error, please notify the sender immediately by replying to this electronic e-mail. Do not disclose the contents to anyone.