**From:** Samantha G <samanthagemma1@gmail.com>
**Sent:** Tuesday, September 8, 2026 5:19 PM
**To:** Laura Hooe <laura.hooe@kleinthomaslaw.com>
**Subject:** Re: Gemma v. Freedom - Confidential Settlement Negotiations

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Laura,

You are now continuing to characterize communications with Freedom's own attorneys as improper contact with "the client," yet your side was expressly asked to identify the rule or order supposedly violated and still has not done so.

There were two communications to Freedom's attorneys and only one was blind-copied. Your statement that Plaintiff was blind-copying them on "emails" is patently false.

Nonetheless, YOU called it serious. YOU threatened Court intervention.

It appears that, at this point, Stu, Kevin, and Wade would rather burn money on legal fees than settle the matter.

At least we can agree on that.

Samantha Gemma

On Tuesday, September 8, 2026, Laura Hooe <laura.hooe@kleinthomaslaw.com> wrote:

> Ms. Gemma –
>
> It has come to our attention that you continue to correspond with our client despite our request that you cease and desist those communications; specifically that you are blind copying them on emails. Please be advised that Freedom has engaged outside counsel to handle this litigation, including the settlement communications.

choice but to file a motion with the court.

Laura May Hooe
Partner
Cell: (703) 577-6644
Laura.Hooe@kleinthomaslaw.com
*Licensed in Virginia and the District of Columbia*

Three James Center, 1051 E. Cary St., Suite 1430, Richmond, VA 23219
www.kleinthomaslaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named recipient(s) only. It may contain privileged and confidential matter. If you have received this electronic mail in error, please notify the sender immediately by replying to this electronic e-mail. Do not disclose the contents to anyone.

---

**From:** Samantha G <samanthagemma1@gmail.com>
**Sent:** Tuesday, September 8, 2026 1:13 PM
**To:** Laura Hooe <laura.hooe@kleinthomaslaw.com>
**Subject:** Re: Gemma v. Freedom - Confidential Settlement Negotiations

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Laura,

First, we had "their counsel" (some random attorney from Kentucky) being hostile with me, [redacted]

[redacted]

**If your client wants to make a reasonable offer, they should do it now.**

Yours,

Samantha Gemma

On Tuesday, September 8, 2026, Laura Hooe <laura.hooe@kleinthomaslaw.com> wrote:

Dear Ms. Gemma:

I thought it might be helpful for me to jump in here. We have discussed this additional correspondence with Freedom. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]

We are happy to answer any questions you may have, even if that means jumping on a call and hope we are able to bring this matter to resolution.

Laura May Hooe
Partner
Cell: (703) 577-6644
Laura.Hooe@kleinthomaslaw.com
*Licensed in Virginia and the District of Columbia*

Three James Center, 1051 E. Cary St., Suite 1430, Richmond, VA 23219
www.kleinthomaslaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named recipient(s) only. It may contain privileged and confidential matter. If you have received this electronic mail in error, please notify the sender immediately by replying to this electronic e-mail. Do not disclose the contents to anyone.

---

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.